UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62460-CIV-ROSENBAUM

BRIAN SHERWIN,

    Plaintiff,

vs.

ALLIED INTERSTATE LLC,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice. [D.E. 4]. In this filing, Plaintiff stipulates to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the Notice of Voluntary Dismissal With Prejudice [D.E. 4] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorney's fees and costs. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of January 2013.

                                                    ROBIN S. ROSENBAUM
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record